IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE: MARCEL WILLIAM-LYNN BOWDEN      CHAPTER 13
Case No. 25-50152-KMS

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW the Chapter 13 Trustee and files this Objection to Confirmation, and in support hereof, would show the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**2.**

The Trustee objects to confirmation of Debtor's proposed plan (Dkt. 2), which proposes 3% to nonpriority, unsecured claimholders. The Debtor is below-median income. While Debtor's Amended Schedule J (Dkt. 18, p. 4) reflects monthly net income of $399.41, the plan only proposes a plan payment of $209.08 per month, thus the plan fails the disposable income test.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and that an Order be entered denying confirmation of Debtor's proposed plan (Dkt. 2).

DATED, this the  24th  day of  April  2025.

                                             Respectfully submitted,

/s/ _____
       PHILLIP BRENT DUNNAWAY

## **CERTIFICATE OF SERVICE**

      I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Trustee's Objection to Confirmation to:

David Asbach, Esq., United States Trustee    USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., for Debtor    trollins@therollinsfirm.com

    DATED this the __24th__ day of __April__ 2025.

/s/ PHILLIP BRENT DUNNAWAY
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749
(228) 831-9531

2