# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50152  **Case Name:** Marcel William-Lynn Bowden
**Set:** 05/01/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #19) - AGREED ORDER TO BE SUBMITTED BY DUNNAWAY; EMAIL RECEIVED FROM DUNNAWAY

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Dunnaway to submit an Agreed Order on the Objection filed by the Trustee [19]. Order due by 05/15/2025. Confirmation hearing removed. (mcc)