_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 19, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Marcel William-Lynn Bowden,**                     **CASE NO: 25-50152 KMS**

      **DEBTOR(S).**                                           **CHAPTER 13**

Phillip Brent Dunnaway, Esq.
Thomas Carl Rollins, Jr., Esq.


## <u>ORDER TO SHOW CAUSE</u>

YOU ARE HEREBY ORDERED TO APPEAR on June 5, 2025, at 10:00 a.m. in the

Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, Mississippi, to show cause why

sanctions or other relief should not be imposed for failure to submit the agreed order on the

Objection to Confirmation filed by the Trustee (Dkt. #19) in the above-styled case.    *See* Miss.

Bankr. L. R. 1001-1(g) and 9013-1(e).

##END OF ORDER##