SO ORDERED,

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: May 20, 2025



The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**IN RE: MARCEL WILLIAM-LYNN BOWDEN**      **CHAPTER 13**
                                                                            **Case No. 25-50152-KMS**

## AGREED ORDER RESOLVING
## TRUSTEE'S OBJECTION TO CONFIRMATION (DKT. 19)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Confirmation (Dkt. 19), and the Court being advised that the parties have reached an agreement, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Objection to Confirmation (Dkt. 19) is hereby resolved with the plan payment being adjusted to $399.41 per month, to match the net income listed on Amended Schedule J, effective with the June 2025 plan payment.

##END OF ORDER##

Order Prepared and Submitted by:

*Phillip Brent Dunnaway*
Phillip Brent Dunnaway, Esq.
Attorney for Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

Approved by:

/s/ T.C. Rollins w/permission PBD
T.C. Rollins, Esq.
Attorney for Debtor
P.O. Box 13767
Jackson, MS 39236