

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: May 21, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
MARCEL WILLIAM-LYNN BOWDEN,                    CASE NO. 25-50152 KMS

DEBTOR(S).                                      CHAPTER 13

**ORDER DISMISSING ORDER TO SHOW CAUSE**

There came on for consideration the Order to Show Cause (Dkt. #21) entered on May 19, 2025, regarding why sanctions or other relief should not be imposed for failure to submit the order on the Objection to Confirmation filed by the Trustee (Dkt. #19) in the above-styled case. The Court, having considered same, finds that the Order should be dismissed.

IT IS, THEREFORE, ORDERED that the Order is hereby dismissed.

##END OF ORDER##