United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 25-50152-KMS

Marcel William-Lynn Bowden                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                    Page 1 of 2
Date Rcvd: May 22, 2025                       Form ID: n031                               Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcel William-Lynn Bowden, 7085 73rd Ave, Apt B, Gulfport, MS 39501-5522 |
| 5470529 | + | 1st Franklin, 129 Highway 90, Suite C, Waveland, MS 39576-2618 |
| 5498921 | + | Capital Community Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5470535 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5479361 | + | Email/Text: ebnnotifications@creditacceptance.com | May 22 2025 19:36:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5470530 | + | Email/Text: ebnnotifications@creditacceptance.com | May 22 2025 19:36:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5470531 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 22 2025 19:36:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5470532 | + | Email/Text: hmcgrp@aol.com | May 22 2025 19:36:00 | Hmc Group, Attn: Bankruptcy, 29065 Clemens Rd., Ste 200, Westlake, OH 44145-1179 |
| 5470533 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 22 2025 19:37:40 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5470534 | + | Email/Text: LibertySOP@cscglobal.com | May 22 2025 19:36:00 | Liberty Mutual Insuran, 175 Berkeley St, Boston, MA 02116-3350 |
| 5470536 | | Email/Text: sheri@masinc.org | May 22 2025 19:36:00 | Merchants Adjustment, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 5497499 | | Email/Text: sheri@masinc.org | May 22 2025 19:36:00 | Merchants Adjustment Service, Merchants Adjustment Service, PO Box 7511, Mobile, AL 36670 |
| 5470537 | + | Email/Text: opportunitynotices@gmail.com | May 22 2025 19:36:00 | OppLoans, Attn: Bankruptcy, One Prudential Plaza, 130 E Randolph St, Chicago, IL 60601-6207 |
| 5470538 | + | Email/Text: bankruptcy@self.inc | May 22 2025 19:36:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave, Ste 1550, Austin, TX 78701-3539 |
| 5476999 | ^ | MEBN | May 22 2025 19:31:25 | The SOS Group, 29065 Clemens Rd Suite 200, Westlake, OH 44145-1179 |
| 5493574 | + | Email/PDF: ebn_ais@aisinfo.com | May 22 2025 19:37:36 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5470539 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 22 2025 19:36:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr., Ste 599, Weldon Springs, MO 63304-2225 |

District/off: 0538-6

User: mssbad

Page 2 of 2

Date Rcvd: May 22, 2025

Form ID: n031

Total Noticed: 17

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Marcel William-Lynn Bowden trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50152−KMS
**Chapter:** 13

**In re:**

Marcel William−Lynn Bowden
aka Marcel William Lynn Bowden
7085 73rd Ave
Apt B
Gulfport, MS 39501

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 22, 2025 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 22, 2025

Danny L. Miller, Clerk of Court